| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiClerico, Jr., Joseph A. | United States District Court District of New Hampshire | 4/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Senior Status | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 1/1/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 55 Pleasant Street, Room 400 Concord, NH 03301 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trusts VIII and XV |
| 2. Trustee | Mayhew Program |
| 3. Trustee | ▓▓▓▓▓▓▓▓▓▓▓▓ Trust |
| 4. Director | Little Lake Sunapee Protective Association |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DiClerico, Jr., Joseph A.  A

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/12/10 | Trust VIII - Trustee and Executor Fees | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓▓▓▓ Trust |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | [redacted] | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. | [redacted] | Use of barn to store boat (See Part VIII) | $780.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Accounts #1 and #1A | D | Int./Div. | N | T | | | | | |
| 2. | -Sh. Com. AT&T | | | | | Sold | 04/20/10 | J | | |
| 3. | -Sh. Com. Alacatel Lucent | | | | | Sold (part) | 04/20/10 | J | | |
| 4. | -Sh. Com. Bristol-Meyers Squibb | | | | | Sold | 04/20/10 | L | E | |
| 5. | -Sh. Com. Coca-Cola Co. | | | | | | | | | |
| 6. | -Sh. Com. Comcast | | | | | Sold | 04/20/10 | J | | |
| 7. | -Sh. Com. Exxon Mobil | | | | | Sold | 04/20/10 | J | C | |
| 8. | -Sh. Com. General Electric | | | | | Sold (part) | 04/20/10 | M | F | |
| 9. | -Sh. Com. Zimmer Holdings | | | | | Sold | 04/20/10 | K | D | |
| 10. | -Sh. Com. The Phoenix Companies, Inc. | | | | | Sold | 04/20/10 | J | | |
| 11. | -Sh. Com. Vittus Investment Partners Inc. | | | | | Sold | 04/20/10 | J | A | |
| 12. | -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 13. | -Dodge & Cox FDS Int'l Stk FD | | | | | Buy | 04/23/10 | K | | |
| 14. | -Evergreen Asset Assocation FD Cl (see line 15) | | | | | Buy | 04/23/10 | L | | |
| 15. | -(7/19/10 name chg to Wells Fargo Adv Asset Alloc FD Adm CL) | | | | | | | | | |
| 16. | -Fairholme FDS Inc. | | | | | Buy | 04/23/10 | K | | |
| 17. | -Franklin Fed. Tax Free Income Fund - Advisory CL | | | | | Buy | 04/23/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold | 11/19/10 | K | | |
| 19.   -IVA Worldwide Fund Class I | | | | | Buy | 04/23/10 | L | | |
| 20.   -Oppenheimer Dev. Mkts. CL y | | | | | Buy | 04/23/10 | J | | |
| 21.   -T Rowe Price Tax Free Income Fund | | | | | Buy | 04/23/10 | K | | |
| 22. | | | | | Sold | 11/19/10 | K | | |
| 23.   -T Rowe Price Tax Free Short Intermediate Fund | | | | | Buy | 04/23/10 | K | | |
| 24. | | | | | Sold | 11/19/10 | K | | |
| 25.   -FPA FDSTR Crescent Portfolio INSTL CL SHS | | | | | Buy | 04/23/10 | L | | |
| 26. | | | | | Buy (add'l) | 11/19/10 | K | | |
| 27.   -Vanguard Specialized Portfolios Dividend Growth FD | | | | | Buy | 04/23/10 | K | | |
| 28.   -FPA New Income Inc-. | | | | | Buy | 11/19/10 | K | | |
| 29.   -Rowe T Price Short Term BD FD Inc. | | | | | Buy | 11/19/10 | K | | |
| 30. | | | | | | | | | |
| 31.   IRA Brokerage Acct #2 | A | Dividend | J | T | | | | | |
| 32.   -American Funds: Amer. Bal. Fnd. Cl. C | | | | | | | | | |
| 33. | | | | | | | | | |
| 34.   IRA Brokerage Acct. #3 | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -American Funds: Amer. Bal. Fnd. Cl. C | | | | | Sold | 04/16/10 | J | | |
| 36. -American Funds:Capital Income Builder Fund | | | | | Sold | 04/16/10 | K | | |
| 37. -US Gov't Securities Fund Class C | | | | | Sold | 04/16/10 | K | A | |
| 38. - American Funds: Bond Fund of America Class C | | | | | Sold | 04/16/10 | K | B | |
| 39. -Loomis Sayles Strategic Income Fund Cl-y | | | | | Buy | 04/20/10 | K | | |
| 40. -PIMCO FDS Pacific Invt. MGMT Serv. Total Return FD | | | | | Buy | 04/20/10 | K | | |
| 41. -PIMCO All Asset FND Instl CL | | | | | Buy | 04/20/10 | L | | |
| 42. | | | | | | | | | |
| 43. Brokerage Account #4 | | None | M | T | | | | | |
| 44. -NH St. Cap. App. Col. Svgs Zero 7/15/11 | | | | | | | | | |
| 45. -NH St. Col. Svgs Zero Coup Bnd (2) 8/1/10 | | | | | Redeemed | 08/02/10 | K | B | |
| 46. -NH St. Col. Svgs. Zero Coup. Bnd 7/1/10 | | | | | Redeemed | 07/01/10 | J | C | |
| 47. -Puerto Rico Pub. Impt.G.O. Zero Coup. Bnd. 7/1/11 | | | | | | | | | |
| 48. -NH St. Col. Svgs Zero Coup. Bnd 9/01/11 | | | | | | | | | |
| 49. -NH St. Col. Svgs. Zero Coup. Bnd 7/01/13 | | | | | | | | | |
| 50. -University PR Rev. Zero Coup. Bnd 6/01/10 | | | | | Redeemed | 06/01/10 | J | A | |
| 51. -University PR Rev. Zero Coup. Bnd (6/01/12) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -NH St. Cap. Impt. Col. Svgs. Zero Coup. Bnd 7/01/15 | | | | | Buy (add'l) | 12/20/10 | J | | |
| 53. -PR Comwlth. Hwy & Transn. Auth. Zero Coup. Bnd 7/1/15 | | | | | Buy | 07/08/10 | K | | |
| 54. -University PR Rev. Zero Coup. Bnd 6/1/13 | | | | | Buy | 11/23/10 | J | | |
| 55. | | | | | | | | | |
| 56. Brokerage Account #5 | E | Int./Div. | O | T | | | | | |
| 57. -Sh. Com. Community Bancorp | | | | | | | | | |
| 58. -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 59. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 60. -American Funds Money Market Fund Class A | | | | | Sold (part) | 04/16/10 | N | | |
| 61. | | | | | Sold | 04/20/10 | M | | |
| 62. -Blackrock Global Alloc Global Allocation Instit. | | | | | Buy | 04/22/10 | K | | |
| 63. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 64. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 65. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 66. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 67. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 68. | | | | | Buy (add'l) | 10/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Funds Capital Income Bldr Class F1 | | | | | Buy | 04/22/10 | K | | |
| 70. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 71. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 72. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 73. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 74. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 75. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 76. -American Funds Capital World Growth & Inc. Fnd - Class F-1 | | | | | Buy | 04/22/10 | J | | |
| 77. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 78. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 79. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 80. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 81. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 82. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 83. -Dodge & Cox FDS Int'l Stk FD | | | | | Buy | 04/22/10 | J | | |
| 84. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 85. | | | | | Buy (add'l) | 06/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 87. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 88. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 89. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 90. -Evergreen Asset Alloc. FD CL 1 (see line 91) | | | | | Buy | 04/22/10 | K | | |
| 91. -(Name chg to Wells Fargo Alloc FD ADM CL on 7/19/10) | | | | | Buy (add'l) | 05/26/10 | J | | |
| 92. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 93. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 94. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 95. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 96. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 97. -American Funds Int'l Growth & Income FD Class F-1 | | | | | Buy | 04/22/10 | K | | |
| 98. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 99. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 100. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 101. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 102. | | | | | Buy (add'l) | 09/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 104. -Franklin Fed Tax Free Income Fund - Advisor CL | | | | | Buy | 04/22/10 | J | | |
| 105. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 106. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 107. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 108. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 109. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 110. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 111. | | | | | Sold | 11/23/10 | K | | |
| 112. -American Funds Fundamental Invs. Inc. Class F-1 | | | | | Buy | 04/22/10 | J | | |
| 113. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 114. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 115. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 116. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 117. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 118. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 119. -IVA Worldwide Fund Class 1 | | | | | Buy | 04/22/10 | K | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 121. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 122. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 123. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 124. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 125. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 126. -American Funds Inc. New World CL F-1 | | | | | Buy | 04/22/10 | K | | |
| 127. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 128. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 129. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 130. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 131. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 132. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 133. -PIMCO All Asset Funds Inst. CL | | | | | Buy | 04/22/10 | K | | |
| 134. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 135. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 136. | | | | | Buy (add'l) | 07/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 138. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 139. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 140.  -T Rowe Price Tax Free Income Fund | | | | | Buy | 04/22/10 | K | | |
| 141. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 142. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 143. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 144. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 145. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 146. | | | | | Buy (add'l) | 10/23/10 | J | | |
| 147. | | | | | Sold | 11/23/10 | L | | |
| 148.  -T Rowe Price Tax Free Short Intermediate Fund | | | | | Buy | 04/24/10 | J | | |
| 149. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 150. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 151. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 152. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 153. | | | | | Buy (add'l) | 09/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 10/23/10 | J | | |
| 155. | | | | | Sold | 11/23/10 | K | | |
| 156.  -FPA FDS TR FPA Crescent Portfolio Instl. CL SHA | | | | | Buy | 04/22/10 | K | | |
| 157. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 158. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 159. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 160. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 161. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 162. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 163. | | | | | Buy (add'l) | 11/23/10 | L | | |
| 164.  -Vangauard Municipal Bond Fund Short Term Portfolio | | | | | Buy | 04/22/10 | J | | |
| 165. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 166. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 167. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 168. | | | | | Buy (add'l) | 8/23/10 | J | | |
| 169. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 170. | | | | | Buy (add'l) | 10/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold | 11/23/10 | K | | |
| 172. -Vanguard Specialized Portfolios Dividend Growth FD | | | | | Buy | 04/23/10 | K | | |
| 173. | | · | | | Buy (add'l) | 05/24/10 | J | | |
| 174. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 175. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 176. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 177. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 178. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 179. -FPA New Income Inc. | | | | | Buy | 11/23/10 | K | | |
| 180. -Rowe T. Price Short TRM BD FD Inc. | | | | | Buy | 11/23/10 | K | | |
| 181. | | | | | | | | | |
| 182. TRUST 1 (Acct. closed as of 2/28/10) | A | Int./Div. | | | | | | | |
| 183. -Manchester NH G.O. Pub. Improvmt. Bnd 7/1/15 | | | | | Distributed | 02/05/10 | K | A | |
| 184. -American Funds: Money Market Fund A | | | | | Distributed | 02/05/10 | O | | |
| 185. -Wells Fargo Adv. Bk. Dep. Sweep Prg | | | | | Distributed | 02/05/10 | M | A | |
| 186. -Lake Sunapee Bank Account | | | | | Closed | 02/01/10 | J | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. TRUST II (Account closed as of 2/28/10) | A | Int./Div. | | | | | | | |
| 189. -Well Fargo Adv. Bk. Dep. Sweep Prg. | | | | | Distributed | 02/05/10 | M | A | |
| 190. -American Funds: Money Market Fund A | | | | | Distributed | 02/05/10 | L | | |
| 191. | | | | | | | | | |
| 192. TRUST VIII (Account close as of 2/28/10) | B | Int./Div. | | | | | | | |
| 193. -Sh. Com. Community Bancorp | | | | | Distributed | 02/05/10 | K | | |
| 194. -Sh. Com. NH Thrift Bankshares | | | | | Distributed | 02/05/10 | K | B | |
| 195. -NH Mun. Bnd. Bk., Pinkerton Academy due 6/1/13 | | | | | Distributed | 02/05/10 | M | | |
| 196. -Portsmouth NH OID due 9/15/18 | | | | | Distributed | 02/05/10 | L | B | |
| 197. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | Distributed | 02/05/10 | N | A | |
| 198. -Lake Sunapee Bank Account | | | | | Closed | 02/05/10 | J | | |
| 199. -American Funds: Money Market Fund A | | | | | Distributed | 02/05/10 | P1 | | |
| 200. | | | | | | | | | |
| 201. TRUST IX | E | Int./Div. | P1 | T | | | | | |
| 202. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 203. -American Funds: Am. High Inc. Muni Bond Fd - A | | | | | Sold | 05/25/10 | L | A | |
| 204. -American Funds: Capital World Growth & Income Fd - A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -American Funds: Fundamental Investors - A | | | | | Buy (add'l) | 05/25/10 | L | | |
| 206. -American Funds: New World Fund - A | | | | | | | | | |
| 207. -American Funds: Tax Exempt Bond Fund of America -A | | | | | Sold | 11/18/10 | L | A | |
| 208. -Sh. Com. Exxon Mobil | | | | | | | | | |
| 209. -Sh. Com. General Electric | | | | | | | | | |
| 210. -American Funds: Int'l Growth and Income Fund - A | | | | | | | | | |
| 211. -Anerican Funds - American Mutual Fund A | | | | | Buy (add'l) | 05/25/10 | L | | |
| 212. -American Funds: Limited Term Tax Expt. Bd. Fd. of America | | | | | Sold | 11/18/10 | M | D | |
| 213. -American Balanced Fund CL A | | | | | Buy | 11/18/10 | N | | |
| 214. -American Funds: Short Term Bd Fd. of Am. Inc. Shs CL A | | | | | Buy | 11/18/10 | N | | |
| 215. | | | | | | | | | |
| 216. TRUST X | E | Int./Div. | O | T | | | | | |
| 217. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 218. -Dodge & Cox Stock Fund | | | | | | | | | |
| 219. -Blackrock Global Alloc. Global Allocation CL A | | | | | Buy | 05/25/10 | L | | |
| 220. -Evergreen Equity Trust: Asset Alloc. Fd CL I (see line 220) | | | | | | | | | |
| 221. -Name chgd to Wells Fargo Advant. Asset Alloc. FD on 7/19/10 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Harbor Fund International Fund Inv. CL | | | | | Sold | 05/25/10 | K | D | |
| 223. -Hartford Mutual FDS Inc: Capital Appreciation Fund CL-1 | | | | | | | | | |
| 224. -Longleaf Partners FDS Trust | | | | | Buy | 05/25/10 | K | | |
| 225. -Loomis Sayles Funds: Strategic Income Fund CL-y | | | | | | | | | |
| 226. -IVA Worlwide Fund CL 1 | | | | | Buy | 05/25/10 | L | | |
| 227. -Franklin Templeton Mutual GLBL Discovery Fund-Z | | | | | Sold | 05/25/10 | L | D | |
| 228. -Franklin Tax Free Tr: High Yield Tax Free Incm. Fnd-Class A | | | | | Sold | 05/25/10 | K | B | |
| 229. -FPA New Income Inc. | | | | | Buy | 11/18/10 | M | | |
| 230. -PIMCO All Asset FND Inst. CL | | | | | Buy (add'l) | 05/25/10 | K | | |
| 231. -PIMCO Unconstrained Bd Fund CL Institutional | | | | | Buy | 05/25/10 | L | | |
| 232. -T Rowe Price High Yield Fund | | | | | Sold | 05/25/10 | L | | |
| 233. -Rowe T. Price Emerging Markets Stock Fund | | | | | | | | | |
| 234. -Templeton Global Bond Fund - A | | | | | Sold | 05/25/10 | K | C | |
| 235. -Vanguard Mun. BD FD Limited Term Tax - Exempt | | | | | Sold | 11/18/10 | M | A | |
| 236. -Fairholme Fund | | | | | Buy (add'l) | 05/25/10 | K | | |
| 237. | | | | | | | | | |
| 238. TRUST X1 | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 240.  -Fidelity Advisor Daily Money Market Fd US Treasury Port | | | | | Sold | 05/25/10 | L | | |
| 241.  -American Funds: Capital Income Builder Fund - A | | | | | | | | | |
| 242.  -American Funds: Capital World Growth and Income Fund - A | | | | | Sold | 05/25/10 | L | | |
| 243.  -American Funds: International Growth & Income Fund - A | | | | | | | | | |
| 244.  -American Funds: New World Fund Inc. - A | | | | | | | | | |
| 245. | | | | | | | | | |
| 246.  TRUST XII | E | Int./Div. | P1 | T | | | | | |
| 247.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 248.  -Sh Com. Exxon Mobil | | | | | | | | | |
| 249.  -Sh Com. General Electric | | | | | | | | | |
| 250.  -American Funds: American High Inc. Muni Bond Fund - A | | | | | Sold | 05/25/10 | L | | |
| 251.  -American Funds: American Mutual Fund - A | | | | | Buy (add'l) | 05/25/10 | K | | |
| 252.  -American Funds: Captial World Growth & Income Fund - A | | | | | | | | | |
| 253.  -American Funds: Fundamental Investors -A | | | | | Buy (add'l) | 05/25/10 | K | | |
| 254.  -American Funds: International Growth & Income Fund - A | | | | | | | | | |
| 255.  -American Funds: New World Fund - A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -American Funds: Tax Exempt Bond Fund of America - A | | | | | Sold | 11/18/10 | L | C | |
| 257.  -American Funds: Limited Term Tax EXPT Bnd Fnd of America | | | | | Sold | 11/18/10 | M | C | |
| 258.  -American Balanced FD CL A | | | | | Buy | 11/18/10 | M | | |
| 259.  -American Short Term BD FD Amer Inc. Shs. Class A | | | | | Buy | 11/18/10 | M | | |
| 260. | | | | | | | | | |
| 261.  TRUST XIII | D | Int./Div. | N | T | | | | | |
| 262.  -Wells Fargo Adv. Bk. Dep. Prg. | | | | | | | | | |
| 263.  -Fidelity Advisor Daily Money Fund US Treasury Portfolio | | | | | Sold | 05/25/10 | M | | |
| 264.  -American Funds: Capital Income Builder Fund - A | | | | | | | | | |
| 265.  -American Funds: Capital World Growth & Income FD Inc. - A | | | | | Sold | 05/25/10 | L | | |
| 266.  -American Funds: International Growth & Income Fund - A | | | | | | | | | |
| 267.  -American Funds: New World Fund - A | | | | | | | | | |
| 268. | | | | | | | | | |
| 269.  TRUST XIV | E | Int./Div. | P1 | T | | | | | |
| 270.  -Wells Fargo Adv. Bk. Dep. Prog. | | | | | | | | | |
| 271.  -Blackrock Global Alloc. Global Alloc. CLA (see line 271) | | | | | Buy | 05/28/10 | L | | |
| 272.  -(exchanged for Instit. Class as of 6/25/10) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R = Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V = Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Dodge & Cox Stock Fund | | | | | | | | | |
| 274. -Evergreen Equity Trust-Asset Alloc FD CL1 (see lines 274-5) | | | | | | | | | |
| 275. -(name chg to Wells Fargo Advantage Asset | | | | | | | | | |
| 276. -Allocation FD Admin. CL on 7/19/10) | | | | | | | | | |
| 277. -FPA New Income Inc. | | | | | Buy | 11/18/10 | M | | |
| 278. -Fairholme Fund | | | | | Buy (add'l) | 05/25/10 | K | | |
| 279. -Harbor Fund International Fund Inv. CL | | | | | Sold | 05/25/10 | L | D | |
| 280. -Hartford Mutual Funds Capital Appreciation FD Class 1 | | | | | | | | | |
| 281. -Franklin Tax Free Trust - High Yield Tax Free INCM Fund-A | | | | | Sold | 05/25/10 | K | B | |
| 282. -Longleaf Partners Fund Trust | | | | | Buy | 05/25/10 | K | | |
| 283. -IVA Worldwide Fund Class 1 | | | | | Buy | 05/25/10 | M | | |
| 284. -Loomis Sayles Fund - Strategic Income Fund CL-Y | | | | | | | | | |
| 285. -Franklin Templeton Mutual GLBL Discovery Fund CL-Z | | | | | Sold | 05/25/10 | M | D | |
| 286. -PIMCO Unconstrained BD Fund CL Institutional | | | | | Buy | 05/25/10 | M | | |
| 287. -PIMCO All Asset FND Inst. CL | | | | | Buy (add'l) | 05/25/10 | K | | |
| 288. | | | | | | | | | |
| 289. -T Rowe Price Tax Free High Yield Fund | | | | | Sold | 05/25/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Rowe T. Price Int'l Funds Emerging Markets Stock Fund | | | | | | | | | |
| 291. -Templeton Global Bond Fund - A | | | | | Sold | 05/25/10 | K | C | |
| 292. -Vanguard Mun. Bd. FD Limited Term Tax-Exempt Portfolio | | | | | Sold | 11/18/10 | M | B | |
| 293. | | | | | | | | | |
| 294. TRUST XV (See Part VIII) | E | Int./Div. | P1 | T | | | | | |
| 295. -American Funds Money Market Fund Class A | | | | | Open | 02/05/10 | P1 | | |
| 296. | | | | | Sold (part) | 04/16/10 | O | | |
| 297. | | | | | Sold (part) | 05/24/10 | K | | |
| 298. | | | | | Sold (part) | 06/21/10 | K | | |
| 299. | | | | | Sold (part) | 07/22/10 | K | | |
| 300. | | | | | Sold (part) | 08/23/10 | K | | |
| 301. | | | | | Sold (part) | 09/22/10 | K | | |
| 302. | | | | | Sold | 10/22/10 | L | | |
| 303. -Sh. Com. Community Bancorp | | | | | Open | 02/05/10 | K | | |
| 304. -Sh. Com. NH Thrift Bankshares | | | | | Open | 02/05/10 | K | | |
| 305. -NH Mun. Bnd. Bk., Pinkerton Academy due 6/1/13 | | | | | Open | 02/05/10 | M | | |
| 306. -Portsmouth NH OID due 9/15/18 | | | | | Open | 02/05/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | Open | 02/05/10 | M | | |
| 308.  -American Mutual FD Inc. A | | | | | Buy | 04/16/10 | K | | |
| 309. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 310. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 311. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 312. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 313. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 314. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 315.  -American Fund Capital Income Bldr CL A | | | | | Buy | 04/16/10 | K | | |
| 316. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 317. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 318. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 319. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 320. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 321. | | | | | Buy (add'l) | 10/22/10 | . J | | |
| 322.  -American Fund Capital World Growth & Income FD Inc. Class A | | | | | Buy | 04/16/10 | L | | |
| 323. | | | | | Buy (add'l) | 05/24/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R = Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value           V = Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 325. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 326. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 327. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 328. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 329. -American Fund Europacific Growth FD Class A | | | | | Buy | 04/16/10 | K | | |
| 330. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 331. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 332. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 333. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 334. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 335. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 336. -American Fund Fundamental Investors Inc. Class A | | | | | Buy | 04/16/10 | K | | |
| 337. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 338. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 339. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 340. | | | | | Buy (add'l) | 08/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 342. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 343. -American Fund New World Fund Class A | | | | | Buy | 04/16/10 | K | | |
| 344. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 345. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 346. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 347. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 348. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 349. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 350. -Blackrock Global Alloc. Global Allocation Instit. | | | | | Buy | 04/22/10 | K | | |
| 351. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 352. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 353. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 354. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 355. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 356. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 357. -Dodge and Cox FDS Int'l Stk FD | | | | | Buy | 04/22/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 359. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 360. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 361. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 362. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 363. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 364. -Fairholme FDS Inc. | | | | | Buy | 04/22/10 | K | | |
| 365. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 366. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 367. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 368. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 369. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 370. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 371. -IVA Worldwide Fund Class I | | | | | Buy | 04/22/10 | L | | |
| 372. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 373. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 374. | | | | | Buy (add'l) | 07/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 376. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 377. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 378. -Longleaf Partners FDS Sh. Ben Int. | | | | | Buy | 04/22/10 | K | | |
| 379. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 380. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 381. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 382. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 383. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 384. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 385. -Oppenheimer Dev. MKTS CL y | | | | | Buy | 04/22/10 | K | | |
| 386. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 387. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 388. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 389. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 390. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 391. | | | | | Buy (add'l) | 10/22/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)               U =Book Value            V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -T. Rowe Price New Era Fund | | | | | Buy | 04/22/10 | K | | |
| 393. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 394. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 395. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 396. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 397. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 398. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 399. -Third Avenue International Value Fund Institutional Class | | | | | Buy | 04/22/10 | K | | |
| 400. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 401. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 402. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 403. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 404. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 405. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 406. -FPA FDS TR FPA Crescent Portfolio Instl CL SHS | | | | | Buy | 04/22/10 | K | | |
| 407. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 408. | | | | | Buy (add'l) | 06/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 410. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 411. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 412. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 413. -Wells Fargo Advan FDS-Asset Assoc FD Adm CL (see line 410) | | | | | Buy | 04/22/10 | K | | |
| 414. -(on 7/19/10 name chg from Evergreen Asset (cont. line 411) | | | | | Buy (add'l) | 05/24/10 | J | | |
| 415. -Asset Allocation FD CL 1) | | | | | Buy (add'l) | 06/24/10 | J | | |
| 416. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 417. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 418. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 419. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 420. | | | | | | | | | |
| 421. Miscellaneous | | | | | | | | | |
| 422. -Ledyard Bank Accounts | A | Int./Div. | L | T | | | | | |
| 423. -Lake Sunapee Bank Account | A | Int./Div. | K | T | | | | | |
| 424. -Property ▓▓▓ NH (See Part VIII) | | None | L | S | | | | | |
| 425. - Rental Property - Beaufort Cty, SC (See Part VIII) | C | Rent | M | W | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value             V = Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.   -Phoenix Mutual Life Ins. Co-Life Insurance | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Jr., Joseph A. | 4/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART V - GIFTS

Page 3, line 1 - Estimated value based on 9/10/10 appraisal by realtor.

Page 3, line 2 - Estimated value based on commercial storage rates.

Due to my frienship with these individuals, I am disqualified from presiding over any case involving them or their families, and they are not seeking to do business with the court.

PART VII - INVESTMENTS AND TRUSTS

Pages 21-22, Lines 303, 304, 305, 306 and 307: These assets were distributed from Trust VIII (line 192) and are therefore listed as "open" rather than "buy."

Page 28, Line 424: Assessed value is $90,600. Equalization factor is 92.9% ($97,524).

Page 28, Line 425: Market value listed on 2010 property tax bill as $196,627.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. DiClerico, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

United States District Court
District of New Hampshire

Chambers of
JOSEPH A. DiCLERICO, JR.
District Judge

55 Pleasant Street, Room 400
Concord, New Hampshire 03301-3938
603-226-7746

April 12, 2011

Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.   20544

Re:  Amendment to 2009 Financial Disclosure Report

Dear Judge Baldock:

The following amendments are made to my 2009 Financial
Disclosure Report:

1.  **In Part VII, Page 5, line 21, insert the following
    asset:**

    Column A:        American Funds Money Market Fund
                     Class A

    Column B(2):     None

    Column C(1):     0

    Column C(2):     T

2.  **In Part VII, Page 5, insert new line 21A and
    add the following:**

    Column A:        As of 7/10/09 American Fund US Treasury
                     Money Fund Class A merged into American
                     Funds Money Market Fund Class A

**DiClerico, Jr., Joseph A.**

3. **In Part VII, Page 8, line 82, insert the following asset:**

   Column A:  American Fund Limited Term Tax Exempt Bd
              Fd of Am.

   Column D (1):  buy

   Column D (2):  9/8/09

   Column D (3):  N

4. **In Part VII, Page 9, line 97:**

   Column D (2):  remove 1/13/09 and insert 1/12/09

5. **In Part VII, Page 9, insert new line 97a:**

   Column D(1):  Buy (add'l)

   Column D(2):  7/6/09

   Column D(3):  J

Very truly yours,



Joseph A. DiClerico, Jr.
District Judge